S:\FILES\5155_FEI_HE\5155_RULE7.1.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Thomas M. Grasso (TG3737)
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br><br>     Plaintiff,<br><br>    - v. -<br><br>M/V FEI HE, her engines, tackle, apparel, etc., _in rem_, and HANJIN SHIPPING CO., LTD. and COSCO Container Lines Co., Ltd., _in personam_,<br><br>     Defendants. | Civ. (   )<br><br>RULE 7.1 STATEMENT |

Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the plaintiff, AMERICAN HOME ASSURANCE COMPANY, certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock: AMERICAN INTERNATIONAL GROUP.

Dated: New York, New York
   May 23, 2008

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Plaintiff

By: _____
Thomas M. Grasso (TG 3737)
75 Maiden Lane – Suite 402
New York, New York 10038-4816
Telephone: 212-430-0800

1