# Kennedy Lillis Schmidt & English

75 Maiden Lane

New York, N.Y. 10038-4816

Telephone: 212-430-0800

HTTP://WWW.KLSELAW.COM

CRAIG S. ENGLISH (NY & NJ)
JOHN T. LILLIS, JR. (NY & NJ)
CHARLES E. SCHMIDT

THOMAS M. GRASSO (NY & NJ)
MICHAEL P. HARTMAN (NY & NJ)

COUNSEL

DONALD M. KENNEDY
PHILIP S. LAPENTA
LENORE E. McQUILLING
THOMAS C. MURPHY

FACSIMILE: 212-430-0810
CONTACT WRITER DIRECT:
TGRASSO@KLSELAW.COM
212-430-0806

July 8, 2008

BY FAX: (212) 805-7920

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

RECEIVED
CHAMBERS OF
JUL 08 2008
JUDGE SCHEINDLIN

Re: American Home Assurance Company v.
M/V FEI HE, et al.
Docket No. 08 CV 4847 (SAS)
Our File: 5155

Dear Judge Scheindlin:

We represent plaintiff American Home Assurance Company in the above captioned matter. We write respectfully to request a sixty (60) day adjournment of the Initial Pretrial Conference from Monday, July 14, 2008 at 4:30 p.m. as currently scheduled to Monday, September 15, 2008. This is the first such request.

This case concerns alleged salt-water damage to containerized shipment of Frigidaire brand window air conditioners shipped from China to New York aboard the vessel M/V FEI HE in May 2006. Plaintiff alleges damages of approximately $30,000. The United States Carriage of Goods by Sea Act, 46 U.S.C. App. §1300 et seq. applies. This Court has jurisdiction pursuant to 28 U.S.C. §1333.

*Kennedy Lillis Schmidt & English*

July 8, 2008
Page 2

Hon. Shira A. Scheindlin, U.S.D.J.
American Home. v. M/V FEI HE, et al.
Docket No.: 08 CV 4847

---

We filed suit against the vessel M/V FEI HEI, in rem, and against the bill of lading issuer, Hanjin Shipping Co. (Hanjin), and vessel owner, COSCO Container Lines Co. Ltd. (COSCO), in personam. Hanjin kindly waived service of process and will respond to the Complaint by July 29, 2008.

We offered a waiver of service of process to COSCO through its local United States affiliate corporation, COSCO Container Lines Americas, Inc. located in Secaucus, New Jersey, but same was refused. COSCO is a Chinese corporation, which requires service through the Hague Service Convention through diplomatic channels. This will delay COSCO's appearance by approximately 60 to 120 days.

In light of the modest amount in controversy and the foreign service requirements, we respectfully request a sixty (60) day adjournment of the Initial Pretrial Conference from Monday, July 14, 2008 to Monday, September 15, 2008.

We thank the Court for this opportunity and its consideration.

Respectfully submitted,

KENNEDY LILLIS SCHMIDT & ENGLISH

By: _____
Thomas M. Grasso

TMG/

S:\FILES\5155_FEI_HE\5155_LCT1.DOC

Plaintiff's request is granted. The conference originally scheduled for Monday, July 14, 2008 is adjourned to Monday, September 15, 2008 at 4:30 p.m.

SO ORDERED:

Dated: New York, New York
July 8, 2008

_____
Shira A. Scheindlin
U.S.D.J.

*Kennedy Lillis Schmidt & English*

July 8, 2008
Page 3

Hon. Shira A. Scheindlin, U.S.D.J.
American Home. v. M/V FEI HE, et al.
Docket No.: 08 CV 4847

---

cc: BY EMAIL

Grace Hae Woen Bae, Esq.
Corporate Counsel
Hanjin Shipping Co. Ltd.
80 Route 4 East, Suite 490
Paramus, New Jersey 07652
email: gracebae@us.hanjin.com

Freehill Hogan & Mahar LLP
Correspondents to West of England P&I Club in which vessel
M/V FEI HE is entered
80 Pine Street
New York, New York 10005
email: reception@freehill.com; meehan@freehill.com

BY FAX

David P. Marcano
Legal Affairs Manager
COSCO Container Lines Americas, Inc.
fax: (201) 422-8928

COSCO Container Lines Co., Ltd.
378, Daming Donglu, Hongkou Qu
Shanghai 200080
PEOPLES REPUBLIC OF CHINA
fax: 011-86-21-65458984