UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
AMERICAN HOME ASSURANCE CO.,
                              :
              Plaintiff,
                              :
      -against-
                              :
M/V FEI HE, et al.
                              :
              Defendants.
------------------------------X

**ORDER OF DISCONTINUANCE**

08 Civ. 4847 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    Plaintiff's counsel having notified the Court that the parties have reached a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

    Plaintiff's counsel is directed to serve a copy of this Order upon his adversary.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           August 26, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/08

- **Appearances** -

**For Plaintiff:**

Thomas Michael Grasso, Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane
New York, NY 10038
(212) 430-0800